IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SARAH MARIE CHERMAK**                                                                                  PLAINTIFF

**V.**                         **CASE NO. 3:14-CV-03114**

**BARRACK HUSSEIN OBAMA, Acting
in the Office of the President of the United
States a/k/a Barry Soetoro; MEMBERS OF
CONGRESS BOTH SENATE AND HOUSE;
and MEMBERS OF THE SUPREME COURT**                                   **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 7) filed on March 23, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On March 31, 2015, Plaintiff Sarah Marie Chermak filed a document entitled "Discrimination" (Doc. 8), which the Court will consider to be her objections to the R&R. In light of Ms. Chermak's objections, the Court has undertaken a a *de novo* review of the record. 28 U.S.C. § 636(b)(1)(C).

On March 20, 2015, Judge Ford granted Ms. Chermak leave to proceed *in forma pauperis*. (Doc. 6). Pursuant to 28 U.S.C. § 1915(e)(2)(B), Judge Ford then screened the Complaint in order to determine whether the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."

After careful consideration of Ms. Chermak's objections, the Court finds that they offer neither law nor fact requiring departure from the Magistrate's findings. Ms. Chermak's objections amount to a litany of unsubstantiated accusations of bias, interference, and

discrimination by the Magistrate. Her 27-page Complaint asserts that the President of the United States, all members of Congress, and all Justices of the Supreme Court are guilty of treason because they "are using the offices created under the Branches of the Federal Government to create War against the 50 States . . . ." (Doc. 8, p. 4). The Court agrees with Judge Ford that this case is wholly without merit.

Accordingly, the Report and Recommendation (Doc. 7) is **ADOPTED IN ITS ENTIRETY**, and this case is **DISMISSED WITH PREJUDICE**. Judgment will enter contemporaneously herewith.

**IT IS SO ORDERED** this 22nd day of April, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE